OPINION — AG — ** SALARIES — JUDGES ** THE AG HAS RECENTLY EXPRESSED THE VIEW THAT SEVERAL BILLS ENACTED BY THE 26TH OKLAHOMA LEGISLATURE, WHICH ARE SIMILAR TO SENATE BILL NO. 63 IN THIS RESPECT, ARE UNCONSTITUTIONAL SPECIAL LAW, LOCAL LAWS. (ANNUAL SALARY, ADDITIONAL DUTIES, COURT FUND) CITE: 74 O.S. 250.2 [74-250.2], ARTICLE V, SECTION 32, ARTICLE V, SECTION 46, ARTICLE V, SECTION 59 (RICHARD M. HUFF)